AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:09-CV-2554

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Claire Young__
was received by me on *(date)* __1-4-10__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __(Father)__ __Alexander Young__, a person of suitable age and discretion who resides there,
on *(date)* __1-4-10 @ 8:10 pm__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __1-4-10__

_____
Server's signature

__Monty D'Ottaviano (Process Server)__
Printed name and title

__4256 Fairview Ave., Newtown Sq, PA. 19073__
Server's address

Additional information regarding attempted service, etc: