IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **VINCENT BARROS,** | : No. 09-CV-2554 |
| Plaintiff, | : |
|  | : Judge Conner |
| *vs.* | : |
|  | : [Filed electronically] |
| **CLAIRE YOUNG** and | : |
| **AUDREY SCHAEFER** and | : |
| **DOES 1-100,** | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of the undersigned as counsel for Defendant Audrey Schaefer.

                                      Respectfully submitted,

                                      K&L GATES LLP

                                      s/ David R. Fine
                                      David R. Fine
                                      Pa. Supreme Ct. No. 66742
                                      Amy L. Groff
                                      Pa. Supreme Ct. No. 94007
                                      17 North Second Street, 18th Fl.
                                      Harrisburg, PA 17101
                                      (717) 231-4500
                                      *Counsel for Defendant*
                                      *Audrey Schaefer*

January 20, 2010

## CERTIFICATE OF SERVICE

I certify that, on January 20, 2010, I filed the attached document with the Court's ECF system such that the following should receive service automatically:

John A. Gallagher, Esq.
LAW OFFICES OF JOHN A. GALLAGHER
171 W. Lancaster Ave.  Suite 100
Paoli, PA  19301

    s/ David R. Fine

HA-236003 v1