# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT BARROS,** | : | CIVIL ACTION NO. 1:09-CV-2554 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CLAIRE YOUNG and DOES 1-15,** | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 14th day of July, 2010, upon consideration of the praecipes (Docs. 47-48) to dismiss action against Claire Young and Does 1-15 with prejudice, filed by plaintiff Vincent Barros ("Barros"), wherein Barros requests that the court dismiss the above-captioned lawsuit against defendants Claire Young and Does 1-15, and it appearing that Claire Young and Does 1-15 are the only defendants remaining in the above-captioned matter, and recognizing that under Federal Rule of Civil Procedure 41(a), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper," it is hereby ORDERED that:

1. The praecipes (Docs. 47-48) to dismiss action are CONSTRUED as a Rule 41(a) request for voluntary dismissal and GRANTED as so construed. All claims against defendants Claire Young and Does 1-15 are DISMISSED with prejudice.

2. Defendant Claire Young's motion (Doc. 26) for protective order is DENIED as moot.

3. The Clerk of Court is instructed to CLOSE this case.

                                                               S/ Christopher C. Conner
                                                          CHRISTOPHER C. CONNER
                                                          United States District Judge